**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-60321
Summary Calendar

PERRIN W. HURDLE,

Plaintiff-Appellant,

VERSUS

SEARS, ROEBUCK AND COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Mississippi
(1:95-CV-247-BrR)

July 2, 1998

Before JONES, DeMOSS, and PARKER, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM[*]:

This matter is before the Court on remand from the Supreme Court.

IT IS ORDERED that this matter is hereby remanded to the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States District Court for the Southern District of Mississippi for further proceedings in accordance with the opinion of the Supreme Court in *Oubre v. Entergy Operations, Inc.*, 118 S. Ct. 838 (1998).

REMANDED.